UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

HANS CHRISTIAN ANDERSEN,

    Plaintiff,

v.                                      Case No. 8:10-cv-1290-T-23EAJ

OFFICE OF THE PUBLIC DEFENDER ,

    Defendant.

_____/

**O R D E R**

Andersen's civil rights complaint was dismissed because no defense counsel acts under color of law and the case is barred by Heck v. Humphrey, 512 U.S. 477 (1994). Andersen appeals (Doc. 4). Based on the reasons stated in the earlier order finding that this case lacks merit, an appeal lacks good faith. See 28 U.S.C. § 1915(a)(3) and Rule 24(a)(4)(B), Fed. R. App. P.

Accordingly, an appeal lacks good faith. Andersen is assessed the $455.00 appellate filing fee. The clerk shall mail a copy of this order to the Florida Dept. of Corrections, Inmate Trust Fund, Centerville Station, PO Box 12100, Tallahassee, FL 32317-2100, Attention: Jeffrey R. Straley, Professional Account Supervisor, and Veronica Wold, Government Operations Consultant. The Department of Corrections shall place a lien on the inmate's trust account for court costs and filing fees due.

ORDERED in Tampa, Florida, on July 23, 2010.

_____
STEVEN D. MERRYDAY
UNITED STATES DISTRICT JUDGE